IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY D. CHERRY,

    Petitioner,

v.　　　　　　　　　　　　　　　　　　　　　CASE NO. 4:07cv445-RH/WCS

JAMES R. McDONOUGH,

    Respondent.

_____/

**ORDER DISMISSING PETITION**

    This matter is before the court on the magistrate judge's report and recommendation (document 7) and the objections thereto (document 9). I have reviewed *de novo* the issues raised by the objections. The report and recommendation will be adopted as the opinion of the court with this additional note.

    A person may bring a federal petition for writ of habeas corpus only if he is "in custody." In addressing the timeliness of petitioner's first habeas petition challenging his state conviction and sentence, the United States District Court for the Middle District of Florida determined that petitioner was "in custody" from the

date of imposition of the sentence, even though he was not physically incarcerated. This was plainly correct; the requirement that a person be "in custody" in order to bring a petition for writ of habeas corpus does *not* require physical incarceration.

A state is not required to give a person credit on a sentence of incarceration for time when the person is not physically incarcerated but is otherwise "in custody" within the meaning of federal habeas law.  Petitioner is simply wrong when he asserts that "in custody" for federal habeas purposes necessarily means the same thing as being incarcerated and thus entitled to credit on a state sentence. This misconception is the whole crux of the petition now before the court. Petitioner plainly is not entitled to relief.

For these reasons and those set forth in the report and recommendation,

IT IS ORDERED:

The clerk shall enter judgment stating, "The petition is DISMISSED with prejudice."  The clerk shall close the file.  No certificate of appealability will be issued.  Leave to appeal in forma pauperis will not be granted.

SO ORDERED this 18th day of February, 2008.

s/Robert L. Hinkle<br>Chief United States District Judge

*Case No: 4:07cv445-RH/WCS*